Sharon D. Cousineau
Samwel, Cousineau & Shea PC
700 West Evergreen Boulevard
Vancouver, WA 98660
360-750-3789 (tel)
360-750-3788 (fax)
sdcousineau@gmail.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **Nicholas Nickell,**<br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**Evergreen Professional Recoveries, INC.,**<br>　　　　**Defendant.** | Case No.: 3:14-cv-493<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

　　Nicholas Nickell (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, Evergreen Professional Recoveries, INC (Defendant), in this case.

　DATED:  June 3, 2014

　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　By: s/Sharon D. Cousineau
　　　　　　　　　　　　　　　　　　　　　Sharon Cousineau
　　　　　　　　　　　　　　　　　　　　　OSB No. 011637
　　　　　　　　　　　　　　　　　　　　　Ph: (971) 207-5140
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Sharon Cousineau
Sharon Cousineau, Esq.
Attorney for Plaintiff